**Opinion issued May 15, 2026**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-26-00498-CV

_____

## IN RE LATANYA BROOKS-SAMUELS, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

On January 7, 2026, the trial court signed an order granting Real Party in Interest American Economy Insurance Company's motion to compel appraisal and abate the underlying case filed by Relator Latanya Brooks-Samuels.[1] On May 8, 2026, Relator filed a petition for writ of mandamus challenging the trial court's May

---

[1] The underlying case is *Latanya Brooks-Samuels v. Daryl Wayne Harris*, cause number 2025-38353, pending in the 334th District Court of Harris County, Texas, the Honorable Dawn Rogers presiding.

4, 2026 orders (1) denying Relator's motion to set aside the January 7, 2026 order and (2) granting Real Party in Interest's motion to enforce the January 7, 2026 order. Relator subsequently filed a related motion requesting a stay of the challenged orders and all proceedings in the underlying case pending our Court's decision on her petition.

We deny the petition for writ of mandamus. Relator's related motion to stay the challenged orders and all underlying proceedings pending resolution of the petition is dismissed as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Gunn, and Dokupil.